In the Matter of the Application of the MANHATTAN RAILWAY COMPANY, Appellant and Respondent, for a Peremptory Writ of Mandamus against DAVID E. AUSTEN, as Receiver of Taxes for the City of New York, Respondent and Appellant.

*Matter of Manhattan Ry. Co.* v. *Austen*, 133 App. Div. 890, affirmed. (Argued January 5, 1910; decided January 25, 1910.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1909, which affirmed an order of Special Term granting in part and denying in part a motion for a peremptory writ of mandamus to compel the defendant to credit

the petitioner with certain payments on account of franchise taxes.

*Julien T. Davies* and *Brainard Tolles* for petitioner, appellant and respondent.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* of counsel), for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: EDWARD T. BARTLETT, J.